By the Court
 

 :—After a particular examination of the powers veiled in this Court, in caufes of Equity, as well as in caufcs of Admiralty and Maritime jurifdidlion, w>e colled! a general rule for .the .government of- out proceedings; with a diferetionary, authority, however, to deviate from that rule, where its application wou’dbe injurious or iinpradücabio. The general rule preferibes to us an adoption of that practice,.whiqb is founded on the cufíoro and ufage ofCourls of Admiralty arid ■ Equity, conilituted on fimilar principles; but ftill, It is thought, that we are alfa autbórifcd to, make fuch deviations as are ne-ceffar'y to adapt the procefs and rules'of the Court to the pecu- • iiarcircumftances of this country, fubjedl to the interpolation, alteration, and controul, of the Legiilature'
 
 *
 
 .
 

 W e have* therefore, agreed to malee the following general Orders; and the Cdunfel, in the prefent cafe, will take his meafures accordingly. • . '
 

 I.. Ordered That when procefs at Common Law, dr in Equity, ihall iffue- againft a State, the fame íhall be ferved upon the Governor, or Chief Executive Magiilrate, and the " Attorney-General, of fuch State.
 

 
 *321
 
 2. Ordered, That procefs of
 
 fubpcena
 
 iffuing opt of this Court, in any fuit in Equity, fhall be ferved on the Defendant
 
 fixty
 
 days before the return day of the faid procefs : and, further, that if the Defendant, on fuch fervice of the
 
 fubpcena,
 
 (ball not appear alt the return day contained therein, the complainant fhall be at liberty to proceed
 
 ex parte.
 

 Lewis
 
 the.n obferved, that the
 
 fubpcena
 
 in this caf-, had been iffued on the fame principles j but as the orders could only operate
 
 in futuro,
 
 he thought it beft to withdraw his ¡notiomfer a difiringas, and to pray that an
 
 alias fubpcena
 
 might be awarded ; which was, accordingly, done.
 

 *
 

 Seethe Judicial Act, f. 14. The Act to regulate Procc.%s.ih the Í'ediíra'Courts, iV ». ■'
 
 ■